FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL MILK PRODUCERS FEDERATION, AKA Cooperatives Working Together; et al., <br><br> Defendants - Petitioners, <br><br> v. <br><br> MATTHEW EDWARDS; et al., <br><br> Plaintiffs - Respondents. | No. 14-80137 <br><br> D.C. No. 4:11-cv-04766-JSW Northern District of California, Oakland <br><br> ORDER |

Before: GOODWIN and RAWLINSON, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's September 16, 2014 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

AS/MOATT