# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 6, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  National Milk Producers Federation, aka Cooperative Working Together, et al.
           v. Matthew Edwards, et al., Individually and on Behalf of All Others Similarly Situated
           No. 14-1078
           (Your No. 14-80137)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 3, 2015 and placed on the docket March 6, 2015 as No. 14-1078.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst